1438096

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

GUSTAVO GRANADOS

REDACTED

## WARRANT FOR ARREST

RECEIVED
U.S. MARSHALS SERVICE
JAN 23 2008
District of Rhode Island

Case Number: 1:08MJ11A

To: Any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Gustavo Granados
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

illegally re-entering the United States after having been previously arrested and deported

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

LINCOLN D. ALMOND
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

1/23/08 Providence, RI
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Bristol Cty HOC by ICE | | |
| DATE RECEIVED 01/23/08<br>DATE OF ARREST 01/25/08 | NAME AND TITLE OF ARRESTING OFFICER<br>CJ Wyant<br>SDUSM | SIGNATURE OF ARRESTING OFFICER |