AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF RI

UNITED STATES OF AMERICA

V.

Gustavo Granados

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:08MJ11A

I, Gustavo Granados, charged in a (complaint) (petition) pending in this District with illegal reentry in violation of Title 8, U.S.C., 1326(a) and (b)(2), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Gustavo Granados
*Defendant*

1/30/08
*Date*

[signature]
*Counsel for Defendant*