IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR 08 13 T |
| | ) |
| v. | ) CR. No. |
| | ) In Violation of 8 U.S.C. |
| | ) §§ 1326(a) and (b)(2) |
| | ) |
| GUSTAVO GRANADOS | ) |

FILED
FEB 19 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFORMATION**

The United States Attorney charges that:

On or about January 15, 2008, Defendant GUSTAVO GRANADOS, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States, in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ROBERT CLARK CORRENTE
United States Attorney

SANDRA R. BECKNER
Assistant U.S. Attorney

DATE 2-19-08